UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOHN ZEISZLER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN MOODY, et al.,<br><br>    Defendants. | Case No. 14-cv-04874-YGR (PR)<br><br>**ORDER REGARDING *IN FORMA PAUPERIS* MOTION** |

On November 3, 2014, Plaintiff, who is currently incarcerated at San Quentin State Prison, filed this *pro se* civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed *in forma pauperis* ("IFP") application. Plaintiff filed an IFP application form; however, Plaintiff did not file copies of the Certificate of Funds and prisoner trust account statement. The Clerk has since issued three other similar notices, but Plaintiff has still not filed the requisite documents. Dkts. 5, 9, 13. In his most recent attempt to file a complete IFP application, dkt. 14, Plaintiff's Certificate of Funds and prisoner trust account statement are still missing.

Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he submits an affidavit that he is unable to pay such fees or give security therefor. *See* 28 U.S.C. § 1915(a). If the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined. *See id.* § 1915(a)(1), (2). If the court determines that the plaintiff is unable to pay the full filing fee at the time of filing, the plaintiff will be granted leave to proceed IFP. This means that the filing fee

must be paid by way of an installment plan, according to which the court first will assess and collect a partial filing fee from the prisoner, and then the prisoner will be required to make monthly payments of twenty percent of the preceding month's income credited to Plaintiff's account until the full $350.00 filing fee is paid. *Id.* § 1915(b)(1).  The agency having custody of the prisoner is responsible for forwarding to the court payments from Plaintiff's account each time the amount in the account exceeds ten dollars. *See id.*

Therefore, before the Court will proceed to review the complaint Plaintiff is hereby ORDERED to file copies of the Certificate of Funds and prisoner trust account statement. Plaintiff shall do so within **twenty-eight (28) days** of the date of this Order.

Plaintiff has been given multiple chances to file copies of his Certificate of Funds and prisoner trust account statement; therefore, **the failure to file the aforementioned documents as ordered herein by the twenty-eight-day deadline shall result in the dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: March 31, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge