UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL JOHN ZEISZLER,

    Plaintiff,

  v.

JOHN MOODY, et al.,

    Defendants.

Case No. 14-cv-04874-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: July 29, 2016

                              YVONNE GONZALEZ ROGERS
                              United States District Judge